IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANEEN ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 24-99-KSM |

### ORDER

**AND NOW**, this 3rd day of January, 2025, upon consideration of Defendant's motion for summary judgment (Doc. No. 14) and motion to strike (Doc. No. 20) and Plaintiff's responses (Doc. No. 17; Doc. No. 18; Doc. No. 21), it is **ORDERED** that Defendant's motion to strike and motion for summary judgment are **GRANTED**, Plaintiff's responses at Doc. No. 17 and Doc. No. 18 are **STRICKEN**, and **JUDGMENT** is entered in favor of Defendant as to all claims. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.